ORIGINAL

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 15 2021

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIJAH ISAIAH BOYKIN AND<br>ELIJAH KEASHON BARNES | Criminal Indictment<br><br>No.   1:21-CR242 |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least by on or about April 4, 2020, and continuing until on or about August 4, 2020, in the Northern District of Georgia and elsewhere, the defendants, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other to violate Title 18, United States Code, Section 922(a)(6), that is, to knowingly make false and fictitious written statements to licensed dealers of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in connection with the acquisition of firearms as to facts material to the lawfulness of the sale of said firearms.

### Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES, committed, and caused to be committed, at least one of the following overt acts:

1. On or about April 4, 2020, ELIJAH ISAIAH BOYKIN purchased two semi-automatic pistols using a credit card belonging to ELIJAH KEASHON BARNES.

2. On or about August 3, 2020 and August 4, 2020, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES travelled together to federally licensed firearms dealers located in Forest Park, Georgia.

3. On or about August 3, 2020, ELIJAH ISAIAH BOYKIN purchased eight 9mm semi-automatic pistols from a federally licensed firearms dealer using a credit card belonging to ELIJAH KEASHON BARNES.

4. On or about August 4, 2020, ELIJAH ISAIAH BOYKIN purchased two .45 caliber semi-automatic pistols using a credit card belonging to ELIJAH KEASHON BARNES.

All in violation of Title 18, United States Code, Section 371.

### Count Two

On or about August 3, 2020, in the Northern District of Georgia, the defendants, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Manufacturer | Model | Caliber |
| --- | --- | --- | --- |
| Four (4) semi-automatic pistols | Springfield | XDS-9 | 9mm |
| One (1) semi-automatic pistol | TISAS | Zigana PX-9 | 9mm |
| One (1) semi-automatic pistol | Zastava | EZ9 | 9mm |
| One (1) semi-automatic pistol | Zastava | CZ999CS | 9mm |
| One (1) semi-automatic pistol | Zastava | CZ999 | 9mm |

did knowingly make a false and fictitious written statement to Range, Guns and Safes LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Range, Guns and Safes LLC as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant ELIJAH ISAIAH BOYKIN falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant ELIJAH ISAIAH BOYKIN then and there well knew, defendant ELIJAH KEASHON BARNES was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Count Three

On or about August 4, 2020, in the Northern District of Georgia, the defendants, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES, aided and abetted by each other, in connection with the acquisition of a firearm, that is, one (1) IWI, model Galil Ace, 7.62 caliber semi-automatic pistol, did knowingly make a false and fictitious written statement to Range, Guns and Safes LLC, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Range, Guns and Safes LLC as to a fact material to the lawfulness of the sale of the aforementioned firearm, in that defendant ELIJAH ISAIAH BOYKIN falsely represented that he was the actual buyer of the firearm, when, in fact, as defendant ELIJAH ISAIAH BOYKIN then and there well knew, defendant ELIJAH KEASHON BARNES was the actual buyer of the firearm, all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

### Count Four

On or about August 4, 2020, in the Northern District of Georgia, the defendants, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES, aided and abetted by each other, in connection with the acquisition of at least one of the following firearms listed below, that is,

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| One (1) semi-automatic pistol | Girsan | MC1911 | .45 |
| One (1) semi-automatic pistol | Rock Island | M1911 | .45 |

did knowingly make a false and fictitious written statement to Forest Park Army Navy Store, Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Forest Park Army Navy Store, Inc. as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant ELIJAH ISAIAH BOYKIN falsely represented that he was the actual buyer of the firearm(s), when, in fact, as defendant ELIJAH ISAIAH BOYKIN then and there well knew, defendant ELIJAH KEASHON BARNES was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

### Count Five

On or about August 4, 2020, in the Northern District of Georgia, the defendants, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES, aided and abetted by each other, did knowingly engage in the unlawful transfer of a firearm, in that defendant ELIJAH ISAIAH BOYKIN, not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44 of Title 18 of the

United States Code, did knowingly and willfully transfer, sell, transport, and deliver at least one of the following firearms listed below, that is,

| Firearm | Manufacturer | Model | Caliber |
|---|---|---|---|
| Four (4) semi-automatic pistols | Springfield | XDS-9 | 9mm |
| One (1) semi-automatic pistol | TİSAŞ | Zigana PX-9 | 9mm |
| One (1) semi-automatic pistol | Zastava | EZ9 | 9mm |
| One (1) semi-automatic pistol | Zastava | CZ999CS | 9mm |
| One (1) semi-automatic pistol | Zastava | CZ999 | 9mm |
| One (1) semi-automatic pistol | IWI | Galil Ace | 7.62 |
| One (1) semi-automatic pistol | Girsan | MC1911 | .45 |
| One (1) semi-automatic pistol | Rock Island | M1911 | .45 |

to defendant ELIJAH KEASHON BARNES, who was not a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowing, and having reasonable cause to believe, that defendant ELIJAH KEASHON BARNES did not then reside in the State of Georgia, the State in which defendant ELIJAH ISAIAH BOYKIN was residing at the time of the aforesaid transfer, sale, transport and delivery of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(5), and Section 2.

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, the defendants, ELIJAH ISAIAH BOYKIN and ELIJAH KEASHON BARNES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition used or involved in the commission of the offense(s).

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A ____TRUE____ BILL

_____
FOREPERSON

KURT R. ERSKINE
*Acting United States Attorney*

THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163
600 U.S. Courthouse

75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

6